# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MOODY, | NO. CV 09-0488 SVW (FMO) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| M. S. EVANS, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 6, 2009.

                                          STEPHEN V. WILSON
                                   UNITED STATES DISTRICT JUDGE